MAURICE J. FITZGERALD, SBN 149712
maurice@cartwrightlaw.com
THE CARTWRIGHT LAW FIRM, INC.
222 Front Street, Fifth Floor
San Francisco, CA 94111
Telephone:   415.433.0444
Facsimile:    415.433.0449

Attorneys for Plaintiff
GREGORY LOUIE

GREGORY C. CHENG, SBN 226865
gregory.cheng@ogletreedeakins.com
SUSAN T. YE, SBN 2281497
susan.ye@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
PETSMART, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY LOUIE,<br><br>           Plaintiff,<br><br>     vs.<br><br>PETSMART INC. and DOES 1 through 25, inclusive;<br><br>           Defendants. | Case No. 2:15-cv-02354-KJM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE SETTLEMENT CONFERENCE AND CORRESPONDING DEADLINE TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENTS BY 60 DAYS**<br><br>Action Filed:   September 21, 2015<br>Trial Date:       September 11, 2017<br><br>Hon. Kimberly J. Mueller |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff Gregory Louie ("Plaintiff") and his attorneys of record, The Cartwright Law Firm, by Maurice Fitzgerald, attorney at law, and Defendant PetSmart, Inc. ("PetSmart"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney at law (collectively, the "Parties"), that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, Plaintiff filed his initial Complaint in Solano County Superior Court on September 21, 2015;

2. **WHEREAS**, on November 10, 2015, PetSmart timely served and filed its Answer to Plaintiff's Complaint;

3. **WHEREAS**, on November 12, 2015, PetSmart removed the action to the U.S. District Court for the Eastern District of California;

4. **WHEREAS**, on April 14, 2016, this Court issued a Status (Pretrial Scheduling) Order, which ordered, *inter alia*, the following dates: a Settlement Conference on August 15, 2016 at 9:30 a.m., and the corresponding confidential settlement statements due at least 7 days prior to the Settlement Conference, which results in a deadline to file confidential settlement statements by August 8, 2016;

5. **WHEREAS**, due to the nature of this action, the Parties believe that a private mediation would better facilitate the resolution of this matter;

6. **WHEREAS**, the parties have scheduled a private mediation with Cynthia Remmers for October 6, 2016;

7. **WHEREAS**, if the parties do not settle this case at mediation, the parties may mutually request a further settlement conference be scheduled with the court;

8. **WHEREAS**, the request to modify the Pretrial Scheduling Order to remove the settlement conference in favor of private mediation scheduled for October 6, 2016 will not prejudice the trial date of September 11, 2017.

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record,

**AGREE AND HEREBY STIPULATE** that good cause exists to take the Settlement Conference, currently scheduled for August 15, 2016, off calendar pending private mediation which is currently scheduled for October 6, 2016.  All other pretrial dates shall remain the same.

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED:  August 4, 2016                                      THE CARTWRIGHT LAW FIRM, INC.


By: */s/ Maurice J. Fitzgerald*
MAURICE J. FITZGERALD
Attorneys for Plaintiff
GREGORY LOUIE


DATED:  August 4, 2016                                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Susan T. Ye*
GREGORY C. CHENG
SUSAN T. YE
Attorneys for Defendant
PETSMART, INC.

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the Pretrial Scheduling Order be modified to take the Settlement Conference currently scheduled for August 15, 2016 before Magistrate Judge Delaney off calendar in favor of private mediation which is scheduled for October 6, 2016.   All other dates shall remain the same.

**IT IS SO ORDERED.**

DATED:  August 9, 2016.

_____
UNITED STATES DISTRICT JUDGE